# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BECKY R. THORSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 20-cr-251 DWF/ECW |
| | ) | Date: November 6, 2020 |
| Ty Raymond Jindra, | ) | Video Conference |
| | ) | Time Commenced: 1:08 p.m. |
| Defendant, | ) | Time Concluded: 1:22 p.m. |
| | | Time in Court: 14 minutes |

APPEARANCES:

Plaintiff: Amber Brennan, Assistant U.S. Attorney
Defendant: Peter Wold, Esq.
     X Retained

Date Charges Filed:   Offense: Acquiring a controlled substance by deception; extortion under color of official right; deprivation of rights under color of law

X Advised of Rights

on   X Indictment

**Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.**

X Defendant also arraigned at this hearing, see separate arraignment minutes.
X Government moves to unseal the case.   X Granted

Additional Information:
X Defendant consents to this hearing via video conference.

                                                                                   s/SAE
                                                             Signature of Courtroom Deputy