# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>v.<br><br>Ty Raymond Jindra,<br>                Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: BECKY R. THORSON<br>U.S. Magistrate Judge<br><br>Case No: 20-cr-251 DWF/ECW<br>Date: November 6, 2020<br>Video Conference<br>Time Commenced: 1:22 p.m.<br>Time Concluded: 1:24 p.m.<br>Time in Court: 2 minutes |

**APPEARANCES:**

Plaintiff: Amber Brennan, Assistant U.S. Attorney
Defendant: Peter Wold,
        X Retained

**Indictment Dated:** 11/4/2020

X Reading of Indictment Waived      X Not Guilty Plea Entered

Other Remarks:

X Counsel to be notified of additional dates by separate Order to be issued.
X Defendant consents to this hearing via video conference.

                                                       s/SAE
                                            Signature of Courtroom Deputy