UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,   NO.: 20-CR-251 (DWF/ECW)

        Plaintiff,

v.   **DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS**

TY RAYMOND JINDRA,

        Defendant.

Defendant Ty Raymond Jindra, by and through his undersigned attorneys, hereby submits the following proposed *voir dire* questions, in addition to the standard questions asked by the Court. Defendant also requests an opportunity to conduct a brief oral voir dire.

1. Have you, your family, or close friends served in the military? Please describe your experience.

2. Have you ever participated in a court proceeding? Please describe your experience.

3. Have you ever been the victim of a crime? Please describe your experience.

4. Do any of you have an opinion about the Minneapolis Police Department?

5. Have any of you, your family, or close friends had an interaction with law enforcement? Please describe that experience.

6. Have you, your family, or close friends had any experience with prescription pain killers? Please describe that experience.

7. Have you, your family, or close friends had any experience with controlled substances like marijuana, heroin, cocaine, fentanyl, or methamphetamine? Please describe that experience.

8. Are there areas of the Twin Cities you avoid for safety reasons?

                                               Respectfully submitted,

                                               **WOLD MORRISON LAW**

Dated: September 29, 2021.                 s / Peter B. Wold
                                               Peter B. Wold, ID #118382
                                               Aaron J. Morrison, ID #341241
                                               TriTech Center, Suite 705
                                               331 Second Avenue South
                                               Minneapolis, MN  55401
                                               Telephone:  612.341.2525
                                               Facsimile:  612.341.0116