UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 20-CR-251 (DWF/ECW) |
| Plaintiff, | |
| v. | **DEFENDANT'S RESPONSE TO THE GOVERNMENT'S 404(b) NOTICE** |
| TY RAYMOND JINDRA, | |
| Defendant. | |

Defendant, Ty Raymond Jinda, by and through his attorneys, files this Response to the Government's 404(b) Notice.  On September 21, 2021, the Government provided notice via letter of its intent to offer evidence related two incidents involving Mr. Jindra pursuant to Rule 404(b).  The first incident involves an internal investigation from an October 7, 2017, traffic stop conducted by Mr. Jindra.  The second incident relates to a September 22, 2019, call for service where the Government contends Mr. Jindra turned off his body worn camera during a search.  The Government indicates the legal support will be offered in their trial brief.  Mr. Jindra objects to the Government's Rule 404(b) evidence and will provide a response after receipt of their trial brief.

Respectfully submitted,

**WOLD MORRISON LAW**

Dated: September 29, 2021.

s / Peter B. Wold
Peter B. Wold, ID #118382
Aaron J. Morrison, ID #341241
TriTech Center, Suite 705
331 Second Avenue South
Minneapolis, MN  55401
Telephone:  612.341.2525

1