# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Ty Raymond Jindra,

        Defendant.

**DEFENDANT'S FINAL EXHIBIT LIST**

Case Number: CR 20-251 (DWF/ECW)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Donovan W. Frank | Amber Brennan<br>Michelle Jones | Peter Wold<br>Aaron Morrison |
| Trial Dates<br><br>October 12 -18, 25 - 29, 2021<br>November 2, 2021 | Court Reporter<br><br>Lynne Krenz | Courtroom Deputy<br><br>Lori Sampson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 2 | 10/28/21 | X | X | FBI Report Surveillance |
| | 26 | 10/28/21 | X | X | Durand Police Report |
| | 27 | 10/26/21 | X | X | Email Merten/Jindra 9-1-2017 |
| | 30 | 10/15/21 | X | X | Nelson BWC 1-23-2019 |
| | 31 | 10/15/21 | X | X | Johnson BWC 1-23-2019 |
| | 32 | 10/25/21 | X | X | Payne BWC 5-6-2019 |
| | 33 | 10/26/21 | X | X | Schroder BWC 9-17-2017 |
| | 36 | 10/25/21 | X | X | Payne/Jindra Text 7-2-2019 |
| | 37 | 10/25/21 | X | X | Durand DVS |
| | 39 | 10/25/21 | X | X | Durand/Secord Text |